BELSOME, J.,
concurs with reasons.
| |As the majority acknowledges, there is a rebuttable presumption pursuant to La. R.S. 32:81 that a following motorist involved in a rear-end collision is liable for the accident. “A following motorist may, however, rebut the presumption of negligence by proving the following things: (1) that he had his vehicle under control; (2) that he closely observed the preceding vehicle; and (3) that he followed at a safe distance under the circumstances.” Williams v. Melancon, 2008-1155, p. 2 (La.App. 4 Cir. 4/1/09), 9 So.3d 310, 312 (citing Brandon v. Trosclair, 2000-2374, p. 19 (La.App. 4 Cir. 10/17/01), 800 So.2d 49, 60). In this particular case, the record is void of evidence that would rebut the presumption of fault against Appellant. I respectfully concur.